UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HAMID NIAZAI,

Petitioner,

v.

SIXTO MARRERO, Warden, Imperial
Regional Detention Facility, et al.,

Respondents.

Case No.:  26-cv-2221-RSH-MSB

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

[ECF No. 2]

On April 8, 2026, petitioner Hamid Niazai filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The following day, Petitioner filed an application for a temporary restraining order. ECF No. 2.

Petitioner asserts that after being released on immigration parole in April 2024, he was re-arrested by U.S. Immigration and Customs Enforcement ("ICE") on December 30, 2025, without any notice or explanation. ECF No. 1 ¶¶ 2, 3, 5. Petitioner alleges that his re-arrest violates his due process rights as well as federal regulations governing revocation of release. He requests his immediate release from ICE custody subject to the same terms and conditions as applied before his re-arrest, or in the alternative, a bond hearing. *Id.* at 21.

//

On April 14, 2026, Respondents filed a return stating that they do not oppose the Petition. ECF No. 5 at 2. Accordingly, the Petition is **GRANTED**. Within ***one business day of the date of this order***, Respondents shall release petitioner Hamid Niazai from immigration custody under the terms of his prior parole notice. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release.[1]

In light of this disposition, the Court **DENIES** as moot Petitioner's application for a temporary restraining order [ECF No. 2].

**IT IS SO ORDERED**.

Dated: April 14, 2026

_Robert S Huie_
Hon. Robert S. Huie
United States District Judge

---

[1] To the extent Petitioner seeks to recover attorneys' fees, he must do so pursuant to a noticed motion that complies with the Civil Local Rules of this Court and the undersigned's Pretrial Civil Procedures.